# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00561-CV

**Chris Davis and Wendy Davis, Appellants**

**v.**

**Federal Home Loan Mortgage Corporation, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-12-003997, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Chris Davis and Wendy Davis[1] have filed a motion to dismiss the appeal,

stating that the parties have settled their dispute. We grant the motion and dismiss the appeal. *See*

Tex. R. App. P. 42.1.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Rose

Dismissed on Appellants' Motion

Filed:  July 18, 2014

_____

[1] Appellee's pleadings and the judgments signed by the justice and county courts actually name "Chris Davis and all occupants of" the property as defendants; Wendy Davis is not named. The answers and notices of appeal filed in the justice and county court list both Chris Davis and Wendy Davis as defendants and appellants.